UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MRS BPO, LLC,
                      Plaintiff,

         -against-                              23 Civ. 5414 (LGS)

WEBBANK,                                      ORDER

                      Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a pre-motion conference was held on September 13, 2023.  It is hereby

      **ORDERED** that the scope of discovery shall be limited to Plaintiff's breach of contract claim.  In the event that a request for discovery arises related to another claim or not warranted by the breach of contract claim, either party may file a letter raising the issue at that time.

Dated:  September 14, 2023
        New York, New York

                                                 LORNA G. SCHOFIELD
                                            **UNITED STATES DISTRICT JUDGE**