Case 1:23-cv-05414-LGS-KHP   Document 43   Filed 11/30/23   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MRS BPO, LLC,

                                 Plaintiff,

              -against-

WEBBANK,

                                 Defendant.

-----------------------------------------------------------------X

**ORDER**

23-CV-5414 (LGS) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

This case has been referred to me for General Pretrial Management. By **Tuesday, December 5, 2023,** the parties shall file a joint letter of no more than 3 pages updating the Court as to the status of discovery and stating whether the parties require the Court's assistance in resolving any discovery disputes. The letter shall succinctly outline each party's position as to any discovery disputes (or other disputes) that require the Court's attention.

       SO ORDERED.

Dated: November 30, 2023
        New York, New York

                                                  _____
                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge