UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MRS BPO, LLC,

       Plaintiff,

  -against-

WEBBANK,

       Defendant.
------------------------------------------------------------X

23 Civ. 5414 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

  WHEREAS, the Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby

  **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are **DENIED** as moot, and all conferences and deadlines are **CANCELLED**.

Dated: January 4, 2024
   New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE